**F I L E D**
CLERK, U.S. DISTRICT COURT

3/17/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____RAM_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

NORMA ALICIA VILLEGAS,

      Defendant.

No. **5:26-cr-00043-KK**

I N F O R M A T I O N

[18 U.S.C. § 641: Theft of Government Property]

[Class A Misdemeanor]

The United States of America charges:

[18 U.S.C. § 641]

On or about March 24, 2021, in San Bernardino County, within the Central District of California, defendant NORMA ALICIA VILLEGAS knowingly and willfully embezzled, stole, purloined, and converted to her own use money of the United States Social Security Administration, a department and agency of the United States, to

///

///

///

which defendant VILLEGAS knew she was not entitled, with the intent to deprive the owner of the property of the use and benefit of that property, which had an aggregate value not exceeding $1,000.

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

PETER DAHLQUIST
Assistant United States Attorney
Chief, Riverside Office

COURTNEY N. WILLIAMS
Assistant United States Attorney
Riverside Office

2